■ CAROL A. TONZI, Respondent-Appellant, v RICHARD H. NICHOLS, Individually and Doing Business as NICHOLS FINANCIAL SERVICES, Appellant-Respondent. (Appeal No. 1.) [907 NYS2d 921]—Appeal and cross appeal from an order of the Supreme Court, Wayne County (Francis A. Affronti, J.), entered September 4, 2009. The order, among other things, granted in part defendant's motion for summary judgment.

VICES, Appellant. (Appeal No. 2.) [907 NYS2d 903]—Appeal from an order of the Supreme Court, Wayne County (Francis A. Affronti, J.), entered October 20, 2009. The order, among other things, granted plaintiff's motion to compel.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Ciesinski v Town of Aurora*, 202 AD2d 984 [1994]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Pine, JJ. **[Prior Case History: 24 Misc 3d 1249(A), 2009 NY Slip Op 51924(U).]**